Benjamin Muhammad JONES
Plaintiff-Appellant

v.

Thomas MILLER, Sergeant, Warren Police Department; Brian Martin, Mayor, City of Warren; Mike Warren, Patrolman, Warren Police Department; P. Gonzales, Patrolman, Warren Police Department; Jason Alexander, Deputy, Bradley County Sherriff Department; Joyce Mitchell, Assistant Manager, Family Dollar; Patrick Patton; Cedric Calbert; Bruce Anderson, District Judge; Don Hollingsworth, Detective, Warren Police Department; Denise McMilliam; Ron Franklin; Denise Hammock; Charles Patton, Jr.; Michelle Weaver, Doctor, Bradley County Hospital; Dr. Burt, Delta Counseling, Warren Arkansas; Ricky Jones; Randy Pete, Chief, Warren Police Department; Mark Danzy, Patrolman, Warren Police Department; Carolyn Huitt, Dispatcher, Warren Police Department; Mike Jolly, Dispatcher, Warren Police Department; Nevada County, AR., 1-2, Dog Catcher, Family Dollar Store Manager; Shirley Patton, Counselor, Warren Arkansas; Terrence Moore, Corporal, Warren Police Department; John Burnside, Deputy; Alice Woods; Carolyn Simmons; William Straugh; Shaun Doe Defendants-Appellees

Benjamin Muhammad Jones
Plaintiff-Appellant

Sandra E. Muhammad; Gina Anderson Plaintiffs

v.

Mike Jolly, Executive Director, Warren Housing Authority; Carolyn Byrd, Assistant Executive Director, Warren Housing Authority; James Kitchen, Maintenance Supervisor, Warren Housing Authority; Shelia Jackson, Receptionist, Warren Housing Authority; Mark Danzy; Terrence Moore; Thomas Miller; Carolyn Simmons; Dispatcher Jolly; Shaun Doe; Don Hollingsworth; William Straugh; Brian Martin, Mayor; Randy Pete Defendants-Appellees

No. 15-3637

United States Court of Appeals, Eighth Circuit.

Submitted: April 13, 2017

Filed: April 18, 2017

Benjamin Muhammad Jones, Pro Se

Michael Allen Mosley, Arkansas Municipal League, North Little Rock, AR, for

---

Defendants-Appellees Thomas Miller, Brian Martin, Mike Warren, P. Gonzales, Don Hollingsworth, Randy Pete, Mark Danzy, Terrence Moore, Carolyn Simmons

Amanda Jayne Fray, Friday & Eldredge, Little Rock, AR, Michael Allen Mosley, Arkansas Municipal League, North Little Rock, AR, for Defendants-Appellees Mike Jolly, Carolyn Byrd, James Kitchen, Shelia Jackson

Thomas J. Diaz, Rainwater & Holt, Little Rock, AR, Michael Scott Moore, Friday & Eldredge, Little Rock, AR, for Defendant-Appellee John Burnside, Alice Woods

Michael Scott Moore, Friday & Eldredge, Little Rock, AR, Michael Allen Mosley, Arkansas Municipal League, North Little Rock, AR, for Defendant-Appellee Mike Jolly

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Benjamin Muhammad Jones appeals following the district court's[1] final disposition of the claims raised in his consolidated 42 U.S.C. § 1983 actions. Upon careful consideration of Mr. Jones's appellate arguments, and de novo review of the summary judgment records, see Malone v. Hinman, 847 F.3d 949, 952 (8th Cir. 2017), we find no basis for reversal.[2] The judgment of the district court is affirmed, see 8th Cir. R. 47B; and Mr. Jones's pending motion for counsel is denied.

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.

2. Mr. Jones has waived many of his claims by not mentioning them at all, or by offering no explanation as to why dismissal of the claims was improper. See Hess v. Ables, 714 F.3d 1048, 1051 n. 2 (8th Cir. 2013). We decline to consider the matters he raises for the first time in this court. See Ryan v. Armstrong, 850 F.3d 419, 424 n.1 (8th Cir. 2017).